IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARON DOUGLAS, and CAROLYNE DIXON, | |
| Plaintiffs, | 8:25CV438 |
| vs. | ORDER TO SHOW CAUSE |
| KAWASKAKI MOTORS MANUFACTURING CORP. USA, and KAWASAKI MOTORS CORP, U.S.A., | |
| Defendants. | |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiffs have not filed a return of service indicating service on Defendant Kawasaki Motors Corp. USA, and Defendant Kawasaki Motors Corp. USA has not voluntarily appeared.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until October 20, 2025 to show cause why their claims again Defendant Kawasaki Motors Corp., USA should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of these claims without further notice.

Dated this 6th day of October, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge